**Order entered May 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00568-CV

### IN RE JUAN ALBERTO ESTRADA, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F9326578-PJ**

## ORDER
Before Justice Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. By letter dated April 23, 2015 relator requested the return of two birth certificates filed with the petition for writ of mandamus. We **GRANT** the request and direct the Clerk to return the birth certificates to relator. We **ORDER** relator to bear the costs of this original proceeding.

/s/    ROBERT M. FILLMORE
JUSTICE